**Fill in this Information to identify the case:**

Debtor 1     Joann Ontiveros
          First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     Southern District of Texas

Case Number:     18-34578

United States Courts
Southern District of Texas
FILED

APR 15 2025

Nathan Ochsner, Clerk of Court

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $4,089.90 |
| Claimant's Name: | Dilks & Knopik, LLC as assignee to Joann Ontiveros |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x101<br>admin@dilksknopik.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).

☐    Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☒    Applicant has read Bankruptcy Local Rule 3011-1 and is providing the required supporting documentation with this application.

☐    Applicant is a representative of a deceased claimant's estate and is providing documentation demonstrating Applicant's authority to serve as the estate representative.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4.   Notice to United States Attorney**

☒   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Southern District of Texas
*1000 Louisiana St., Suite 2300*
*Houston, TX 77002-5010*

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date:  April 3, 2025<br><br><br>_____<br>Signature of Applicant<br>Brian J Dilks – Member<br>Dilks & Knopik, LLC<br><br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>428-836-5728 x101<br>admin@dilksknopik.com | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date:  _____<br><br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br><br>Address:<br><br><br>Telephone:  _____<br><br>Email:  _____ |
| **6.  Notarization**<br>STATE OF <u>WASHINGTON</u><br><br>COUNTY OF <u>KING</u><br><br>This Application for Unclaimed Funds, dated <u>April 3, 2025</u> was subscribed and sworn to before me this_____ day of___<u>April</u>_____, 20<u>25</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)          Notary Public:_____<br>                    Matthew Zettley<br><br>My commission expires: <u>February 19, 2026</u> | **6.  Notarization**<br>STATE OF_____<br><br>COUNTY OF_____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this_____ day of_____, 20_____ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)          Notary Public_____<br><br>My commission expires: |

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Southern District of Texas
1000 Louisiana St., Suite 2300
Houston, TX 77002-5010

Names and addresses of all other parties served:

U.S. Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002

Debtor
Joann Ontiveros
11903 Dermott Drive
Houston, TX 77065

Debtors Attorney
Kenneth A Keeling
3310 Katy Freeway Ste 200
Houston, TX 77007

Trustee
Tiffany D Castro
1220 Augusta Drive Ste 500
Houston, TX 77057

Original Claimant Prior Address
11903 Dermott Drive
Houston, TX  77065

Original Claimant Current Address
2490 SH-336 Loop W, #4634
Conroe, TX 77304

Date: <u>April 3, 2025</u>

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

**Explanation of Supporting Documentation**
**for**
**Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, Joann Ontiveros.

Joann Ontiveros has assigned the unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

Joann Ontiveros received the sum of $2,726.60 as consideration for the assignment (Exhibit A).

Date: <u>April 3, 2025</u>

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                              CASE NO.  18-34578-H5-13

JOANN ONTIVEROS                                          DATE:  May 23, 2024

DEBTOR

### TRUSTEE'S MOTION FOR AUTHORITY TO PAY FUNDS INTO THE REGISTRY OF THE COURT

Tiffany D. Castro, Chapter 13 Trustee would show the Court as follows:

**1.**

More than ninety days have lapsed since the date of the distribution of funds by the Trustee, and the check to the party below in the amount indicated remains outstanding according to the records of the Trustee. Pursuant to 11 U.S.C. Sec. 347, the Trustee has payment on the check which was written to the following party in the captioned case:

| **Check#:** | 4000192 | **Name & Address:** | JOANN ONTIVEROS |
| | | | 11903 DERMOTT DRIVE |
| **Amount:** | $2,398.42 | | HOUSTON, TX  77065 |

The Trustee proposes to pay the amount indicated over to the Registry for disposition pursuant to Chapter 129 of Title 28 U.S. Code.

**2.**

The Trustee requests entry of an order authorizing the payment of foregoing amount to the Clerk.

**3.**

The Trustee would show that the relief requested is administrative in nature, and that no notice of this motion need be given to the parties in interest in the case. The Trustee would show that she has diligently attempted to notify each party of the existence of these funds, that such efforts have been unsuccessful, and that further attempts to notify the payees would be futile.

Wherefore, premises considered, the undersigned Trustee prays that the Court enter an order authorizing the deposit of the funds above into the registry of the Court.

Dated:  May 23, 2024                                    Respectfully,

_/s/  Tiffany D. Castro_____

Tiffany D. Castro, Trustee
Admissions I.D. #1419995
9821 Katy Freeway, Suite 590
Houston, TX  77024
713-722-1200

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing pleading was served upon the U.S. Trustee, either first class mail on May 23, 2024, or by electronic noticing pursuant to the Local Bankruptcy Rules.

/s/  Tiffany D. Castro

Tiffany D. Castro, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                    CASE NO.  18-34578-H5-13

JOANN ONTIVEROS                                           DATE:  May 23, 2024

DEBTOR

### TRUSTEE'S MOTION FOR AUTHORITY TO PAY FUNDS INTO THE REGISTRY
### OF THE COURT

Tiffany D. Castro, Chapter 13 Trustee would show the Court as follows:

**1.**

More than ninety days have lapsed since the date of the distribution of funds by the Trustee, and the check to the party below in the amount indicated remains outstanding according to the records of the Trustee. Pursuant to 11 U.S.C. Sec. 347, the Trustee has payment on the check which was written to the following party in the captioned case:

| **Check#:** | 4000193 | **Name & Address:** | JOANN ONTIVEROS |
| | | | 11903 DERMOTT DRIVE |
| **Amount:** | $1,691.48 | | HOUSTON, TX  77065 |

The Trustee proposes to pay the amount indicated over to the Registry for disposition pursuant to Chapter 129 of Title 28 U.S. Code.

**2.**

The Trustee requests entry of an order authorizing the payment of foregoing amount to the Clerk.

**3.**

The Trustee would show that the relief requested is administrative in nature, and that no notice of this motion need be given to the parties in interest in the case. The Trustee would show that she has diligently attempted to notify each party of the existence of these funds, that such efforts have been unsuccessful, and that further attempts to notify the payees would be futile.

Wherefore, premises considered, the undersigned Trustee prays that the Court enter an order authorizing the deposit of the funds above into the registry of the Court.

Dated:  May 23, 2024                          Respectfully,

                                              /s/  Tiffany D. Castro
                                              _____
                                              Tiffany D. Castro, Trustee
                                              Admissions I.D. #1419995
                                              9821 Katy Freeway, Suite 590
                                              Houston, TX  77024
                                              713-722-1200

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing pleading was served upon the U.S. Trustee, either first class mail on May 23, 2024, or by electronic noticing pursuant to the Local Bankruptcy Rules.

/s/  Tiffany D. Castro

Tiffany D. Castro, Trustee

Case 18-34578   Document 107   Filed in TXSB on 06/17/24   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 17, 2024

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

IN RE:                                                      CASE NO. 18−34578
Joann Ontiveros                                            CHAPTER 13

      Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

      The following motion is GRANTED:

*105* − Motion to Deposit Funds into the Court Registry Filed by Trustee Tiffany D Castro (Attachments: # 1 Proposed Order) (Castro, Tiffany)

      These unclaimed funds may be deposited into the Registry of the Court:

            Amount: $ 1,691.48
            Owed to: JOANN ONTIVEROS

      Signed and Entered on Docket: 6/17/24.

                    by: <u>Kristy Love</u>
                      Deputy Clerk

      This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

IN RE:                                                          CASE NO. 18-34578
Joann Ontiveros                                          CHAPTER 13

       Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*104* — Motion to Deposit Funds into the Court Registry Filed by Trustee Tiffany D Castro (Attachments: # 1 Proposed Order) (Castro, Tiffany)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 2,398.42
        Owed to: JOANN ONTIVEROS

Signed and Entered on Docket: 6/17/24.

                        by: <u>Kristy Love</u>
                        Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000-3.

# Dilks | & | Knopik

## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Andrew T. Drake and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions to include applying for and receiving unclaimed funds, which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this **22** day of **July**, 2024.

Brian J Dilks – Member

Date: **7/22/24**

Subscribed and sworn to me this **7/22/2024**

Notary Signature

My Commission Expires: **2/19/2026**

Caryn M Dilks f/k/a Caryn M Knopik – Member

Date: **7-22-2024**

Subscribed and sworn to me this **7/22/2024**

Notary Signature

My Commission Expires: **2/19/2026**

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19 2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19 2026

DILKS & KNOPIK, LLC
LIMITED LIABILITY COMPANY
WASHINGTON 2002


**WASHINGTON**
Secretary of State
Corporations & Charities Division

| Filed |
| Secretary of State |
| State of Washington |
| Date Filed: 05/14/2024 |
| Effective Date: 05/14/2024 |
| UBI #: 602 211 447 |

# EXPRESS ANNUAL REPORT WITH CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2025**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
| --- | --- | --- |
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**4258365728**

Email:
**DK@DKLLC.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024051400337916 - 1
Received Date: 05/14/2024
Amount Received: $70.00

Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, USA**

Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

## NATURE OF BUSINESS

- OTHER SERVICES
- ANY LAWFUL PURPOSE

## EFFECTIVE DATE

Effective Date:
05/14/2024

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
- **No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
- **No**
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
- **No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
- **No**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**CARYN**

Last Name:
**DILKS**

Title:

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024051400337916 - 1
Received Date: 05/14/2024
Amount Received: $70.00

**WA USA WASHINGTON** — ENHANCED DRIVER LICENSE
4d LIC# ███343B   9CLASS   DONOR
1 DILKS
2 BRIAN JACOB
3 DOB ██1978   4a ISS 06/22/2023
15 SEX M
16 HGT 5'-07"   18 EYES BLU
17 WGT 150 lb
12 RESTRICTIONS   9a END NONE
NONE   4b EXP ██2031
5DD ████80717   REV 11/12/2019

**WA USA WASHINGTON** — DRIVER LICENSE FEDERAL LIMITS APPLY
4d LIC# ███563B   9CLASS
1 DRAKE
2 ANDREW THOMSON
3 DOB ██1977   4a ISS 04/23/2020
15 SEX M
16 HGT 6'-03"   18 EYES BRO
17 WGT 265 lb
12 RESTRICTIONS   9a END NONE
B   4b EXP ██2026
5DD ████1501   REV 11/12/2019

**WA USA WASHINGTON** — ENHANCED DRIVER LICENSE
4d LIC# ███173B   9CLASS   DONOR
1 DILKS
2 CARYN MARIE
3 DOB ██1980   4a ISS 06/18/2022
15 SEX F
16 HGT 5'-03"   18 EYES BLU
17 WGT 115 lb
12 RESTRICTIONS   9a END NONE
B   4b EXP ██2030
5DD ████81038   REV 11/12/2019

LICENSING 21  13373002021765305
CLASS
ENDORSEMENTS: NONE
RESTRICTIONS: NONE
<<<<<<<<<<<<<<<<
USA<<<<<<<<<WA<4
DILKS<<BRIAN<JACOB<<<<<<<<<<<<<<<

LICENSING 21  ████5301
CLASS
ENDORSEMENTS: NONE
RESTRICTIONS: B-Corrective Lenses must be worn
06/26/1977   Please notify the Department of Licensing within 10 days of a change of address.

LICENSING 21  ████05
CLASS
ENDORSEMENTS: NONE
RESTRICTIONS: B-Corrective Lenses must be worn
<<<<<<<<<<<<<<<<
USA<<<<<<<<<WA<4
DILKS<<CARYN<MARIE<<<<<<<<<<<<<

---

## Dilks | & | Knopik
*When Success Matters*

**Brian J Dilks**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x101
Fx. 877-209-8249
brian.dilks@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003

ACCREDITED BUSINESS

## Dilks | & | Knopik
*When Success Matters*

**Andrew Drake**
Vice President - Operations

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003

ACCREDITED BUSINESS

## Dilks | & | Knopik
*When Success Matters*

**Caryn Knopik**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com

## Affidavit of Brian Dilks
## in support of the Application for Unclaimed Funds

The affiant hereby declares under penalty of perjury under the laws of the United States that the following is true and correct to the best of the undersigned's knowledge:

1.  I, Brian J. Dilks, am at least 18 years of age and competent to submit this affidavit in support of the application for unclaimed funds being filed with this court by Dilks & Knopik, LLC;

2.  We are aware of the nationwide increase in filings for Unclaimed Funds which include fraudulent evidence. This is necessarily bringing to question the identity of any filer and, as such, I want to share some things about my company and its 22-year history;

3.  Every submission includes photo identification for Dilks & Knopik's authorized signers; these signers have not changed in more than 14 years;

4.  We have been at the same address for 12+ years, and the phone and email information that was on our first applications, 22 years ago, will still reach us today. Dilks & Knopik does not operate from a P.O. Box or UPS store address.

5.  We carry Errors and Omissions Insurance (similar coverage to professional liability insurance), so that, if my company is forced to cease operations or we were to make a collection mistake, the owed party will still be able to receive their funds;

6.  Any application from my company represents the culmination of research work to locate and identify the proper signer, we wish to be known for the quality of our work and do not want to waste the court's or our own resources;

7.  Dilks & Knopik, LLC was formed in 2002 by me and, my then fiancée, now wife, Caryn Knopik. We aspired to form a company that would set an industry leading standard for unclaimed funds recovery work. With this goal in mind we have adopted the following standards for ourselves and the people we employ:

a. We will make ourselves available to our clients and partner with the court's administrators to answer questions;

b. Prior to entering an agreement, we will share the Jurisdiction, Case Name and Number and exact dollar amount for funds we are seeking. Often, in our industry, this information is withheld until an exclusivity arrangement is reached. We believe that this is improper, and clients should be informed of all known information upfront so that, prior to proceeding with us, they have made an informed decision;

c. Any money that is received for our clients will be promptly forwarded to them within 10 business days;

8. I am proud to be able to aver that we have recovered for our clients from all 93 Bankruptcy Jurisdictions, including Puerto Rico, the U.S. Virgin Islands and Guam, and submitted more than 20,000 applications for unclaimed funds, while maintaining our A+ rating with the Better Business Bureau.

9. Please contact us if you have any questions about our application, we will address them promptly.

Signed at Snoqualmie, WA on June 19, 2024

Brian Dilks, Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
(425) 654-0346 / (877) 836-5728 x 101
brian.dilks@dilksknopik.com

STATE OF WASHINGTON
COUNTY OF KING
This Affidavit of Brian Dilks, dated  6/19/2024  was subscribed and sworn to (or affirmed) before me on this 19th day of  June , 2024 by Brian J. Dilks who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Notary – Matthew Zettley

On this 3ʳᵈ day of April , 2025 . I certify
that the preceding or attached document titled
(Assignment Agreement), (2 pages) is a true,
accurate and complete copy of the original being held
at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2026

**MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026**

# Dilks | & | Knopik

## Assignment Agreement

This Assignment Agreement (the "Agreement") is entered into as of April 2, 2025 (the "Effective Date") by and between <u>Dilks & Knopik, LLC</u>, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Joann Ontiveros with an address of 2490 SH-336 Loop W, #4634, Conroe TX 77304 (the "Assignor").

1. Assignor is/was a debtor in the case (18-34578) as filed in the Southern District of Texas (the "Case"). As a debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $4,089.90 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. **Assets Assigned:** The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. **Consideration:** The consideration herein given by Assignee to Assignor shall be the sum <u>**$2,726.60**</u> which sum shall be remitted to Assignor. Payment will be remitted to the Assignor for the above stated amount within 14 days of the claim/application/motion being submitted to court. **In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.**

5. **Assignor** Warranty. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned asset or assigned rights, that Assignor has not sold or assigned, and shall not sell or further assign the rights, in whole or in part, herein assigned to Assignee to any other third party; and that Assignor shall cooperate with Assignee by providing or executing any additional information or document(s), without delay, deemed necessary for the recovery of the assigned Funds by Assignee, failure to do so shall be a breach of this Agreement.

6. **Power of Attorney:** To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

7. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____
**Joann Ontiveros**

Assignee: _____
Dilks & Knopik, LLC
Brian J Dilks – Member

# Dilks | & | Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Joann Ontiveros ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds.

The Assigned funds:

Debtor: Joann Ontiveros
Court: United States Bankruptcy Court - Southern District of Texas
Case Number: 18-34578
Chapter: 13
Unclaimed Amount: $4,089.90

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Wednesday, April 02, 2025.

X _____
   **Joann Ontiveros**

# JOntiveros Case Assignment

Final Audit Report                                    2025-04-03

| | |
|---|---|
| Created: | 2025-04-03 |
| By: | Brian Baguhn (bbaguhn@dilksknopik.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0wjEIG_nNMUtNwzkFHszGYwUAAH9zo-U |

## "JOntiveros Case Assignment" History

📑 Document created by Brian Baguhn (bbaguhn@dilksknopik.com)
   2025-04-03 - 5:48:14 PM GMT

📨 Document emailed to Joann Ontiveros (jwills7243@gmail.com) for signature
   2025-04-03 - 5:48:38 PM GMT

📑 Email viewed by Joann Ontiveros (jwills7243@gmail.com)
   2025-04-03 - 5:48:49 PM GMT

✍ Document e-signed by Joann Ontiveros (jwills7243@gmail.com)
   Signature Date: 2025-04-03 - 5:49:10 PM GMT - Time Source: server

✔ Agreement completed.
   2025-04-03 - 5:49:10 PM GMT

**Adobe Acrobat Sign**



**Photo ID** *and*   **Address Proof Of Record**

X

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA  PA   19255-0023

002929.547583.519962.12566 1 MB 0.561 532

STEVON BLAKE   MILLS ESTATE
JOANN ONTIVEROS EX
2490 S LOOP 336 W 4634
CONROE   TX    77304

002929

Date of this notice:  12-11-2023

Employer Identification Number:
[      ]0900

Form:  SS-4

Number of this notice:  CP 575 B

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN [      ]0900.  This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

Taxpayers request an EIN for their business.  Some taxpayers receive CP575 notices
when another person has stolen their identity and are opening a business using their
information.  If you did not apply for this EIN, please visit, www.irs.gov/
einnotrequested.

When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as
shown above.  Any variation may cause a delay in processing, result in incorrect
information in your account, or even cause you to be assigned more than one EIN.  If
the information is not correct as shown above, please make the correction using the
attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the
following forms by the dates shown.

                    Form 1041                          12/06/2023

If you have questions about the forms or the due dates shown, you can call us at the
phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication
538, Accounting Periods and Methods.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF,
etc.) based on information obtained from you or your representative.  It is not a
legal determination of your tax classification and is not binding on the IRS.  If you
want a legal determination of your tax classification, you may request a private
letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1
I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax
classification elections can be requested by filing Form 8832, Entity Classification
Election.  See Form 8832 and its instructions for additional information.

Address Proof
Current Address

# Payment Details

KeyBank 🔑

DILKS AND KNOPIK - ███915

## PAYMENT ID: 605

| | |
|---|---|
| ACH Company | DILKS AND KNOPIK |
| ACH Company ID | ███1018 |
| From Account | DILKS & KNOPIK LLC |
| From Account ID | ███3577 |
| Payment Type | Cash Disbursement |
| Same Day | No |
| Value Date | 04/04/2025 |
| Batch Status | Approved |
| Entry Method | Freeform |
| Batch Description | CASH DISB |

### AUDIT INFORMATION

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 04/03/2025 04:37:11 PM | ███ | ███ |
| ENTERED | 04/03/2025 04:37:04 PM | ███ | ███ |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| Joann Ontiveros | | 2,726.60 | ███0025 | ███37455 | Checking | Entered | ███ 366 | |

| Batch Totals | | | | |
|---|---|---|---|---|
| | 2,726.60 | Credits - 1 | Prenotes - 0 | |
| | 0.00 | (Debits) - 0 | | |

Continued

# Exhibit A

# Payment Details

KeyBank 🔑

DILKS AND KNOPIK - ███915

**REPORT TOTALS**

| ACH | | Total Debit Amount | Items | Total Credit Amount | Items | Total Batches |
|---|---|---|---|---|---|---|
| ACH | (USD to USD) | | | 2,726.60 USD | 1 | 1 |

**Exhibit A**

Pursuant to Federal Bankruptcy Rule 9037 and District Court General Order 2004-11, please ensure that the enclosed tax documentation (AO-213 and/or W9) is redacted prior to inclusion in publicly accessible docket materials.

AO 213P (Rev. 2/24)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.
*Note: Typed forms and forms that include a populated Type of Payee may result in more efficient and precise processing. **For handwritten forms, please see the General Instructions for the list of options for the Type of Payee, Refund recipient only. Is the refund over $200?, and Part 4 - U.S. Tax Classification, and Part 6 - Account Type drop down menus.*

**\*\*Type of Payee** | Unclaimed Fund Claimant | **Refund recipient only. Is the refund over $200?** |

**Part 1   Payee Information**

Line 1.   Payee Name: Dilks and Knopik LLC

Line 2.   Additional payee information: *(if applicable)*

**Part 2   Business Name** *(if different from above)*

**Part 3   Enter *only one* TIN in the appropriate box.** The TIN provided must match the name given in Part 1, Line 1.

EIN: 7 4 - 3 0 4 9 8 5 1   *or*   SSN:

**Part 4   \*\*Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.**

LLC - S Corp

**Part 5   Mailing Address** *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*

Street Address: 35308 SE Center Street

City: Snoqualmie    State: WA    Zip code: 98065

Point of Contact *(if different from above)*:

Name: Brian Dilks or Andrew Drake    Phone #: (425) 836-5728

Email: admin@dkllc.com

**Part 6   Electronic Funds Transfer (EFT) Information**

Owner(s) name appearing on bank account: Dilks and Knopik

Bank Name: Key Bank

Select an Account Type: Checking    Routing # (9 digits): 1 2 5 0 0 0 5 7 4

Account number *(do not include check number)*

4 7 2 7 4 1 0 1 7 3 8 9

**Part 7 Additional Payees' Signatures**
*(if applicable for EFT payments)*

By signing as a joint payee, you are authorizing the Judiciary to make a payment on your behalf to the bank account entered in Part 6.

Joint Payee(s) Signature(s): _____

**Part 8 Certification of Account Holder**

**Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number; and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined in the instructions).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Payee Signature: _____ Date: 04/03/2025

*Sensitive information must be securely maintained and only visible to designated staff.*

# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| **In re:** | § | | |
| **Joann Ontiveros,** | § | **Case No. 18-34578** | |
| | § | | |
| **Debtor.** | § | **(Chapter 13)** | |

## ORDER TO DISBURSE UNCLAIMED FUNDS

1. This Order pertains to these unclaimed funds:

| | |
|---|---|
| Amount deposited in registry | $4,089.90 |
| Original Claimant's Name | Joann Ontiveros |
| Original Claimant's current address | 2490 SH-336 Loop W, #4634 Conroe, TX 77304 |

2. The Clerk is directed to pay the unclaimed funds referenced in paragraph 1 to:

| Mark One | Pay to: |
|---|---|
| [ ] | The Original Claimant at the address shown in paragraph 1. *(This option must be used if paid pursuant to Bankruptcy Local Rule 3011-1(c) or 3011-1(d).)* |
| [ ] | The Original Claimant, but mailed c/o_____ _____. *(This option may be used only pursuant to Bankruptcy Local Rule 3011-1(e).)* |
| [X] | Payee:   Dilks & Knopik, LLC Address: 35308 SE Center Street             Snoqualmie, WA 98065 *(This option may be used only (i) pursuant to Bankruptcy Rule 3011-1(f); or (ii) if Applicant is a representative of a deceased claimant's estate.)* |

### SPACE BELOW RESERVED FOR JUDGE'S SIGNATURE