United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 07, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | § | |
| **Joann Ontiveros,** | § | Case No. 18-34578 |
| | § | |
| **Debtor.** | § | (Chapter 13) |

### ORDER TO DISBURSE UNCLAIMED FUNDS

1. This Order pertains to these unclaimed funds:

| | |
|---|---|
| Amount deposited in registry | $4,089.90 |
| Original Claimant's Name | Joann Ontiveros |
| Original Claimant's current address | 2490 SH-336 Loop W, #4634 Conroe, TX 77304 |

2. The Clerk is directed to pay the unclaimed funds referenced in paragraph 1 to:

| Mark One | Pay to: |
|---|---|
| [ ] | The Original Claimant at the address shown in paragraph 1. *(This option must be used if paid pursuant to Bankruptcy Local Rule 3011-1(c) or 3011-1(d).)* |
| [ ] | The Original Claimant, but mailed c/o _____. *(This option may be used only pursuant to Bankruptcy Local Rule 3011-1(e).)* |
| X | Payee:  Dilks & Knopik, LLC<br>Address: 35308 SE Center Street<br>           Snoqualmie, WA 98065<br>*(This option may be used only (i) pursuant to Bankruptcy Rule 3011-1(f); or (ii) if Applicant is a representative of a deceased claimant's estate.)* |

Signed: May 06, 2025

_Alfredo R Pérez_
Alfredo R Pérez
United States Bankruptcy Judge